# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

**DEBTOR:** Dixon, Robert Reece

**CHAPTER 7 BANKRUPTCY CASE NO: 07-40510**

Please check one:

_____ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| IRS<br>Stop 5700<br>30 East 7th St. Ste 1222<br>St. Paul, MN | 5UI | $43.21 | $3.94 |

Date: January 8, 2011

*/e/ Terri A. Running*
Terri A. Running, Trustee

Letter – Bankruptcy Court –
Unclaimed Dividends/Distribution
Less than $5